UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-　　　　　　　　　　　　　　　　**ORDER**

IRA LAWSON　　　　　　　　　　　　　　　　　　　18-CR-779

       Defendant

-------------------------------------------------X

    Upon the application of defendant's counsel, Florian Miedel, and with the consent of the government and the Department of Probation,

    IT IS HEREBY ORDERED that Special Condition of Supervision Number 2, requiring the Defendant to participate in an outpatient drug treatment program, is eliminated and will no longer be a condition of Defendant's supervision.

DATED:　　New York, New York
　　　　　　July 16, 2025

                                       SO ORDERED:

                                       THE HONORABLE EDGARDO RAMOS
                                       United States District Court Judge
                                       Southern District of New York